IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01865-MSK

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

       Plaintiff,

v.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA,
WASTE MANAGEMENT, INC.,
CORNHUSKER CASUALTY COMPANY,
CONTINENTAL DIVIDE INSURANCE COMPANY,
ALLEN VAN WHYE,
VAN WYHE, INC.,
JASON BOLES,
LORRAINE J. PEARSON, and
CARY CARPENTER,

       Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 10th day of September, 2007.

                                           **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge