IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01865-WYD-MJW

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA;
WASTE MANAGEMENT, INC.;
CORNHUSKER CASUALTY COMPANY;
CONTINENTAL DIVIDE INSURANCE COMPANY;
ALLEN VAN WHYE;
VAN WYHE, INC.;
JASON BOLES;
LORRAINE J. PEARSON;and
CARY CARPENTER,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE OF CORNHUSKER CASUALTY COMPANY AND CONTINENTAL INSURANCE COMPANY**

---

THIS MATTER is before the Court on Plaintiff Allstate Fire and Casualty Insurance Company's Notice of Dismissal with Prejudice of Cornhusker Casualty Company and Continental Divide Insurance Company, filed October 25, 2007 (docket # 21). The Court having reviewed the Notice, and having fully considered the grounds therein, it is hereby

ORDERED that Plaintiff Allstate Fire and Casualty Insurance Company's Notice of Dismissal with Prejudice of Cornhusker Casualty Company and Continental Divide Insurance Company, filed October 25, 2007 (docket # 21) is **APPROVED**. It is

FURTHER ORDERED that the case against Defendants Cornhusker Casualty Company and Continental Divide Insurance Company are **DISMISSED WITH PREJUDICE**.  Each party to bear their own attorneys' fees and costs.  Plaintiff's claims against the remaining Defendants remain pending.

Dated:  October 25, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge