IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01865-WYD-MJW

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

Plaintiff(s),

v.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, et al,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Vacate Scheduling Conference (docket no. 34) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on November 30, 2007, at 10:00 a.m. is VACATED. The parties shall file with the court either their stipulation for dismissal or show cause why this case should be dismissed on or before December 31, 2007.

Date: November 27, 2007