IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01865-WYD-MJW

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA;
WASTE MANAGEMENT, INC.;
CONTINENTAL DIVIDE INSURANCE COMPANY;
ALLEN VAN WHYE;
VAN WYHE, INC.;
JASON BOLES;
LORRAINE J. PEARSON;and
CARY CARPENTER,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice, March 31, 2008 (docket # 50). The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that the parties' Stipulation of Dismissal with Prejudice is **APPROVED**. It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**. Each party to bear their own attorneys' fees and costs.

Dated: April 7, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge